# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

HOWARD ROBY                                                    PLAINTIFF

v.                          Case No. 5:16-cv-00227-KGB

CITY OF PINE BLUFF, *et al.*                                  DEFENDANTS

## ORDER

Before the Court is plaintiff Howard Roby's motion for voluntary non-suit without prejudice (Dkt. No. 44). Also, before the Court is separate defendant Jeff Hubanks' motion for summary judgment (Dkt. No. 41).

In his motion, Mr. Roby does not state the Federal Rule of Civil Procedure pursuant to which he filed the motion for voluntary non-suit. Under Federal Rule of Civil Procedure 41(a)(1)(a), "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Here, the opposing parties have filed an answer and motion for summary judgment, and Mr. Roby did not include a stipulation of dismissal signed by all parties with his motion for voluntary non-suit. The Court construes Mr. Roby's motion as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), which requires a court order to dismiss the case, "on terms that the court considers proper."

Through informal communications, counsel for separate defendants City of Pine Bluff, Mr. Hubanks, Jeremy Brown, and John Does informed the Court that they do not oppose Mr. Roby's motion. Based on the record before it at this time, the Court notes that there is no evidence Daniel

Cantrell was served.[1] In his brief in support of the motion for summary judgment, Mr. Hubanks also notes that Mr. Cantrell was never served (Dkt. No. 43, at 5). For good cause shown, Mr. Roby's motion is granted, and this case is dismissed without prejudice pursuant to Rule 41(a)(2). Mr. Hubanks' motion for summary judgment is denied as moot (Dkt. No. 41).

So ordered this the 17th day of September, 2018.

Kristine G. Baker
United States District Judge

---

[1] In his brief in support of motion for summary judgment, Mr. Hubanks refers to separate defendant Daniel Cantrell as both "Daniel Cantrell" and "Daniel S. Cantwell" (Dkt. No. 43, at 5). The Court notes the discrepancy and understands Mr. Hubanks to be referring to the same separate defendant. For the purposes of this Order, the Court will refer to the separate defendant as "Daniel Cantrell."